AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED

# UNITED STATES DISTRICT COURT

### for the

JULY

2023    3    AM 11: 20

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

ABDUL FARID MUHAMMAD
_____
**Petitioner**

v.

WARDEN GUNTHER/FCC COLEMAN-LOW
_____
**Respondent**
(name of warden or authorized person having custody of petitioner)

Case No. ___5:23-cv-422.SPC-PRL___
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:  ABDUL FARID MUHAMMAD
    (b) Other names you have used: N/A
2.  Place of confinement:
    (a) Name of institution:  FCC COLEMAN-LOW
    (b) Address:  P.O.BOX 1021, COLEMAN,FL.33521

    (c) Your identification number:  62372-018
3.  Are you currently being held on orders by:
    ☒ Federal authorities     ☐ State authorities     ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: State Of Florida/Middle District
        (b) Docket number of criminal case:  8:15-CR-309-T-27AEP
        (c) Date of sentencing:  February 11,2016
    ☐ Being held on an immigration charge
    ☐ Other (explain):

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other *(explain)*:  FSA Credits that should have been applied accordingly

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:    N/A

(b) Docket number, case number, or opinion number:  N/A

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

N/A

(d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

N/A

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not appeal: This was a Court issue that needed to be addressed in Court.

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

                           N/A

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes             ☐ No       N/A

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

                           N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes            ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

       ☒ Yes            ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**If "Yes," provide:**

(1) Name of court:      Tampa/United States District Court

(2) Case number:   8:15-CR-309-T-27AEP

(3) Date of filing:      Not Available at this time

(4) Result:          Denied

(5) Date of result:          Not Available

(6) Issues raised:   Johnson v.United States

Career Offender Enhancement

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☒ Yes                    ☐ No

**If "Yes," provide:**

(1) Name of court:   United States Court of Appeals

(2) Case number:    No.21-13637-H

(3) Date of filing:  November 5, 2021

(4) Result:

(5) Date of result:

(6) Issues raised:   The Career Offender Enhancement, and the denial of my 2255 Motion before the District Court.

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

The Court denied the Motion

Records are located with my Attorney:
Conrad Kahn,Federal Public Defender,Middle District Of Florida

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☐ No

**If "Yes," provide:**

(a)    Date you were taken into immigration custody:

(b)    Date of the removal or reinstatement order:      N/A

, (c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing:          N/A

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☒ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes                    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application:    Writ Of Certoria

(b) Name of the authority, agency, or court:    United States Supreme Court

(c) Date of filing:          Not Available

(d) Docket number, case number, or opinion number:    No.17-7857

(e) Result:    Denied

(f) Date of result:    March 26, 2018

(g) Issues raised: Johnson v.United States/Career Offender Enhancement

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** FSA Credits misapplied, and my Unit Team should have applied them to my current Custody Level, and Recidivism Level.

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

According to Policy, I am entitled to this relief.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes            ☐ No

**GROUND TWO:** Other Courts have handed down FSA Credits to Inmates with violent charges, or offenses similiar to mine.

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Various cases that have been decided in Court, but I cannot cite cases in this Petition.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes            ☐ No

**GROUND THREE:** 924(c) Offenses have been applied to inmates and those inmates have received FSA Credits.

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes            ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Low Custody and Low Recidivism

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I am Low Custody and have Low Recidivism status. I have been Incident Free, and continuesly programmed as directed by Unit Team. I am also employed by the Unit Team Staff to maintain their offices in an orderly fashion. This in itself is a trusted position in the B.O.P

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☒ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:          N/A

**Request for Relief**

15. State exactly what you want the court to do:    I would like the Court to have the B.O.P apply the FSA Credits to my Sentry File as according to policy. See Attachment (A) which clearly shows my Eligibility for these credits.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

June 22, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: June 22, 2023

*Signature of Petitioner*

N/A
*Signature of Attorney or other authorized person, if any*

ATTACHMENT (A)

```
   COLDX  540*23 *           SENTENCE MONITORING              *     03-23-2023
PAGE 001          *         COMPUTATION DATA                  *     14:22:48
                              AS OF 03-23-2023
```

REGNO..: 62372-018 NAME: MUHAMMAD, ABDUL FARID


FBI NO...........: 538805CB3             DATE OF BIRTH: 05-03-1977  AGE:  45
ARS1.............: COL/A-DES
UNIT.............: 2 GP                  QUARTERS.....: B14-080L
DETAINERS........: NO                    NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 08-03-2026

THE INMATE IS PROJECTED FOR RELEASE: 02-03-2027 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: FLORIDA, MIDDLE DISTRICT
DOCKET NUMBER...................: 8:15-CR-309-T-27AEP
JUDGE...........................: WHITTEMORE
DATE SENTENCED/PROBATION IMPOSED: 02-11-2016
DATE COMMITTED..................: 03-01-2016
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  540     18:1951 RACKETEER, VIOLENCE
OFF/CHG: 18:1951(A) INTERFERENCE WITH COMMERCE BY ROBBERY (CT1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   46 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 04-19-2015


G0002      MORE PAGES TO FOLLOW . . .