UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ABDUL FARID MUHAMMAD,

    Petitioner

v.    CASE NO: 5:23-cv-422-SPC-PRL

WARDEN, FCC COLEMAN-LOW,

    Respondents.
_____/

## **ORDER**

This matter comes before the Court on review of the file. Petitioner, a federal prisoner, initiated this *pro se* action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 on July 3, 2023. (Doc. 1). But Petitioner did not accompany the petition with the $5.00 filing fee or a request to proceed *in forma pauperis*. The Court's Standing Order warned Petitioner that his case would be dismissed without further notice if he did not pay the filing fee or move to proceed *in forma pauperis* within thirty days of initiating this case. (Doc. 2); *see also* Local Rule 6.04(b) (authorizing dismissal of a case by an incarcerated Petitioner who fails to pay the filing fee or move for *in forma pauperis* status). Petitioner has missed that deadline—he has neither paid the filing fee nor moved for *in forma pauperis* status.

The Court thus dismisses this case without prejudice. Because the dismissal is without prejudice, Petitioner may pursue a new case by filing a new complaint—not using this case number—and include the filing fee or motion to proceed *in forma pauperis*.

Accordingly, it is

**ORDERED:**

(1) This above-captioned case is **DISMISSED without prejudice** for failure to comply with a Court order and failure to prosecute.

(2) The Clerk is **DIRECTED** to deny as moot any pending motions and close the file.

**DONE AND ORDERED** in Fort Myers, Florida on September 19, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record